UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Daniel Ayer, Sr.**

    **v.**                            Case No. 04-cv-434-PB

**Bruce Cattel, Warden, NHSP**

**NOTICE OF RULING**

    **Re:**    **Document No. 31, Motion for Certificate of Appealability**

    **Ruling:**  As I explained in my Order of July 8, 2005, this is not a close case. Reasonable jurists would not disagree. Therefore, petitioner has not made a substantial showing of the denial of a constitutional right.  Motion denied.

    Entered by:  Paul Barbadoro, U. S. District Judge

    Date:  December 7, 2005


cc:  Daniel Ayer, Sr., pro se
     Simon R. Brown, Esq.